**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CESAR RAMOS BAUTISTA,<br><br>　　　　　　　　　Petitioner,<br><br>　vs.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; RON SMITH; District Director,<br><br>　　　　　　　　　Respondent. | Civil No.   08-0684 JM (NLS)<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

　　　Petitioner, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  Petitioner has also filed a request to proceed in forma pauperis which reflects a zero dollar trust account balance at the facility in which he is presently confined..  Petitioner has no money on account at the facility in which he is presently confined.  Petitioner cannot afford the $5.00 filing fee.  Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis, and allows Petitioner to prosecute the above-referenced action as a poor person without being required to prepay fees or costs and without being required to post security.  The Clerk of the Court shall file the Petition for Writ of Habeas Corpus without prepayment of the filing fee.

　　　**IT IS SO ORDERED.**

DATED: April 21, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

08cv0684