# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

CESAR RAMOS BAUTISTA,

        V.

MICHAEL CHERTOFF, et al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 08cv684-JM(NLS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the court denies the petition for writ of habeas corpus and denies Petitioner's request for a bond hearing..................................................................................................................................
...............................................................................................................................................................

| September 10, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON September 10, 2008

08cv684-JM(NLS)